UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
KIHARA KIARIE,                              :
                                            :
            Plaintiff,                      :        ORDER
                                            :
        -v.-                                :        19 Civ. 827 (ALC) (GWG)
                                            :
DUMBSTRUCK, INC., et al.,                   :
                                            :
            Defendants.                     :
------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

    The Court is in receipt of defendants' March 16, 2020, letter, Docket # 39, as well as the March 23, 2020, letter filed by plaintiff, Docket # 45. Because the Court may choose to decide this discovery dispute based solely on the parties' letters, the Court hereby grants defendants the opportunity to file a letter replying to the submissions made by plaintiff. If defendants choose to file a reply, they shall do so by Monday, April 13, 2020.

    SO ORDERED.

Dated: April 8, 2020
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge