# EXHIBIT F

**dumbstruck**

# INVESTOR UPDATE

### EXECUTIVE SUMMARY

Management team has largely been focused on executing on committed and core milestones discussed at the end of the year 2015, which included: 1.) product focus, 2.) customer acquisition, 3.) technology development, 4.) relaunch of the consumer application and 5.) target marketing of dumbstruck. Dumbstruck began raising a Convertible Note in December as this round is being used to facilitate the reach of the company's core milestones. Management believes that executing on each milestone will have a material impact on the company's value when it goes to market for its Series A institutional round later this year.

### FUNDING

Dumbstruck launched the Convertible Note with a $500,000 goal and a $750,000 cap in November 2015. The first close of $195,000 from three (3) investors occurred on December 4, 2015. The second close of [$175,000] will occur February 29, 2016 and will come from three (3) new investors, one of which will become a client of Dumbstruck. The company is in continued discussions with the Hinduja Family Office, Horizon Media Ventures and other high net worth individuals that can close the gap of the round. With the close of this round the company has enough capital to continue operations through August. It is the Company's intention to begin preparations to start raising the Series A in the second quarter of 2016. Monthly burn is ~$45k / Runway post-closing: 6-months

### NOTABLE EVENTS

*Good*

- January 6, attended the Consumer Electronic Show at the invitation of OMD's Ignition Factory, division of the media agency charged with identifying new technologies for its clients. Dumbstruck had the opportunity to market its product to numerous CMOs of large corporations such as Pepsi, Wells Fargo, Bacardi and CW
- February 5, signed first client Oi2/Stardome Media, a leading global provider of content and services to the broadcast radio and digital audio marketplace with over 1,700+ broadcast radio affiliations inclusive of CNN, AP, and Fox Sports. Dumbstruck will be integrated into their new application and will utilize the technology across multiple Oi2 marketing campaigns and initiatives in video
- February 18, presented at Venture Fuel's Innovation Brew, where Dumbstruck premiered its marketing promotional video. Of the eight (8) startup companies presenting to advertisers, media agencies and advertising tech executives, Dumbstruck received the most request, 21, for follow up meetings. In the coming weeks the company will be engaging with Maxus Global, Zenith Media, Visa and USA Networks

*Bad*

- Focus on company milestones, particularly client development, has taken the attention off of fund raising. As a result, the company has increased its efforts to close the round in March

**dumbstruck**

## NEW CLIENT DEVELOPMENT

Additional client interaction beyond the Venture Fuel event includes:

- 26MGMT, media marketing and management agency for social media influencers. Currently finalizing the customer contract with 26MGMT who will also be an investor in Dumbstruck. 26MGMT will be a strategic partner in our efforts to grow the consumer element of the business and represents a strategic victory
- WNYT NBC, local Hubbard Broadcasting station, exchanging contract drafts and will represents our first local partner that has direct lines to the Hubbard family of assets and the National Broadcasting Company
- Disney Parks, February 26, meeting scheduled with the Alex Ruiz, Digital Marketing Director
- Home Box Office (HBO Research), March 8th, meeting with the head of research and social analytics in New York

## TECHNOLOGY

Significant accomplishment has occurred in technology and product development. Next milestone is the completion of the long form research product by April 1st

- Artificially intelligent backbone for analytical data collection, emotional data processing and insight generation completed
- Marketing website completed and live (products.dumbstruck.me)
- Analytics Dashboard with advanced artificially intelligent data analysis, customizable graphs and boards, activity feeds, insights and full account control completed and ready for clients
- iOS, Android and Javascript (Web) SDKs for Dumbstruck Comments completed and available for clients
- Developer portal (developers.dumbstruck.me) completed and available for clients
- New iOS app completed and live in the AppStore
- Web app completed and live on dumbstruck.me with SDK support for HTML5 video reaction recording with echo cancellation and embedding dumbstruck cards on client websites

## OPERATIONS

Over the course of the year the company has continued to improve systems and build its corporate infrastructure, inclusive of: company contracts, filing patents, securing trademarks, encouraging culture, developing marketing materials, launching a promotional video, managing public relations, securing new real estate and reassessing of risk.

Dumbstruck hired Anthony Parente on December 1st as a developer initially focused on the launch of the Dumbstruck Comments product. Koushik Pernati joined as a programming intern working on identifying spoken words in reactions. Furthermore, as client activity and interest continues to grow, the company is considering hiring a product sales resource to assist in client development and execution.

## THANK YOUS

- Mike Dura for continuous counsel and advice on fund raising and officially agreeing to join our board
- Mike Reilly (new investor) for assisting in executing a new insurance policy for the company
- Antonio Civitella (new investor) for securing and supporting Dumbstruck's move to the NY Biz Lab in Schenectady in April 2016
- Mike Myers for preparation and advice prior to CES event

## INVESTOR SUPPORT

- Convertible Note Investors, capacity to the goal is approximately $125k
- New customer acquisition targets; best new customers come from established relationships

**PRIVILEGED AND CONFIDENTIAL**  **JANUARY/FEBRUARY 2016**