# EXHIBIT I

   Key Kiarie <kkiarie@gmail.com>

## COO Terms
7 messages

**Peter Allegretti** <peter@dumbstruck.me>     Tue, Jun 23, 2015 at 12:27 PM
To: Key Kiarie <kkiarie@gmail.com>

Key, just a heads up that Mike and I spent some time yesterday going through the terms you proposed and came out very much on the same page. I also spoke with David, the third board member, and came out very nearly on the same page with him as well...so that's good!

The one holdout I still need to speak to is Mike Dura, our investor / advisor from the private equity world. He's one of my closest advisors. We should speak later today or tomorrow morning.

Then I hope to move this along quickly. My goal is for you and I to be able to have a good in-depth chat about it all this week to complete or at least start the process of really hashing out the details.

Hope that timeline works for you!

-Peter

**Peter Allegretti**
**Co-founder & CEO**
**Dumbstruck** | dumbstruck.me
**mobile:** 518-461-9619

---

**Key Kiarie** <kkiarie@gmail.com>     Tue, Jun 23, 2015 at 4:39 PM
To: Peter Allegretti <peter@dumbstruck.me>

Great news and I am happy to hear that you have involved David and Mike.  There opinions and thoughts are critcial.

Looking forward. . . .

KEY
[Quoted text hidden]

---

**Peter Allegretti** <peter@dumbstruck.me>     Wed, Jun 24, 2015 at 6:08 PM
To: Key Kiarie <kkiarie@gmail.com>

Still waiting to speak to Mike. We were unable to chat today. I was hoping to get this squared away this week. Hopefully I can chat with him tonight or in the morning tomorrow so we can get this all figured out and start moving forward at full speed!

**Peter Allegretti**
**Co-founder & CEO**
**Dumbstruck** | dumbstruck.me
**mobile:** 518-461-9619

[Quoted text hidden]

---

**Key Kiarie** <kkiarie@gmail.com>     Wed, Jun 24, 2015 at 8:12 PM
To: Peter Allegretti <peter@dumbstruck.me>

CONFIDENTIAL     KIARIE000578

No problem and sounds good.

I am finalizing work on the comp analysis tonight and will format in the morning / early afternoon. Delivery around 2:00PM tomorrow work for you?

KEY

[Quoted text hidden]

---

**Peter Allegretti** <peter@dumbstruck.me>  Wed, Jun 24, 2015 at 8:47 PM
To: Key Kiarie <kkiarie@gmail.com>

That's great. I figure we'll have each person give a brief overview of their segment for up to 5 minutes tomorrow before opening up a discussion on the segment to the group. The goal being to foster dialogue and drill down a bit, get additional views, etc. Hopefully by the end of the meeting we'll have a good overview of the broad competitive landscape and then can move to hone segment definition, start to make more educated decisions around pricing, build a list of the competitors we should be watching closely, and maybe pick up a few ideas/product offerings that we can add to our platform.

Any thoughts on that plan? Recommendations?

**Peter Allegretti**
**Co-founder & CEO**
**Dumbstruck** | dumbstruck.me
**mobile:** 518-461-9619

> On Wed, Jun 24, 2015 at 8:12 PM, Key Kiarie <kkiarie@gmail.com> wrote:
> No problem and sounds good.
>
> I am finalizing work on the comp analysis tonight and will format in the morning / early afternoon. Delivery around 2:00PM tomorrow work for you?
>
> KEY
>
>> On Jun 24, 2015, at 6:08 PM, Peter Allegretti <peter@dumbstruck.me> wrote:
>>
>> Still waiting to speak to Mike. We were unable to chat today. I was hoping to get this squared away this week. Hopefully I can chat with him tonight or in the morning tomorrow so we can get this all figured out and start moving forward at full speed!
>>
>> [Quoted text hidden]

---

**Key Kiarie** <kkiarie@gmail.com>  Wed, Jun 24, 2015 at 9:45 PM
To: Peter Allegretti <peter@dumbstruck.me>

I believe this works well. You should let everyone know that they have ~5-minutes to walk through their discoveries. Entertaining questions between segments and limiting the discussion could be a challenge, but it does foster conversation. I would circulate the materials so all participants can follow along.

Otherwise, good to go. . . .

KEY
[Quoted text hidden]

---

**Peter Allegretti** <peter@dumbstruck.me>      Thu, Jun 25, 2015 at 4:54 PM
To: Key Kiarie <kkiarie@gmail.com>

Great thanks

**Peter Allegretti**
**Co-founder & CEO**
**Dumbstruck** | dumbstruck.me
**mobile:** 518-461-9619

> On Wed, Jun 24, 2015 at 9:45 PM, Key Kiarie <kkiarie@gmail.com> wrote:
> I believe this works well. You should let everyone know that they have ~5-minutes to walk through their discoveries. Entertaining questions between segments and limiting the discussion could be a challenge, but it does foster conversation. I would circulate the materials so all participants can follow along.
>
> Otherwise, good to go. . . .
>
> KEY
>
> On Wed, Jun 24, 2015 at 8:47 PM, Peter Allegretti <peter@dumbstruck.me> wrote:
>> That's great. I figure we'll have each person give a brief overview of their segment for up to 5 minutes tomorrow before opening up a discussion on the segment to the group. The goal being to foster dialogue and drill down a bit, get additional views, etc. Hopefully by the end of the meeting we'll have a good overview of the broad competitive landscape and then can move to hone segment definition, start to make more educated decisions around pricing, build a list of the competitors we should be watching closely, and maybe pick up a few ideas/product offerings that we can add to our platform.
>>
>> Any thoughts on that plan? Recommendations?
>>
>> [Quoted text hidden]
>> [Quoted text hidden]

CONFIDENTIAL      KIARIE000580