UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIHARA KIARIE                                          :

                                Plaintiffs,    :    <u>ORDER</u>

                                            :    19 Civ. 827 (ALC) (GWG)
   -v.-

                                            :
DUMBSTRUCK, INC et al.,
                                            :

                     Defendants.    :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court may elect to decide the application in Docket # 113 based on the parties' letters and without a conference. In light of this possibility, defendant has leave to file a letter replying to new arguments raised in Docket # 116 (if any) by January 6, 2022.


      SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge