UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KIHARA KIARIE                                          :

                                                             :   <u>ORDER</u>
                             Plaintiffs,
                                                           :   19 Civ. 827 (ALC) (GWG)

   -v.-

                                                                        :
DUMBSTRUCK, INC. et al.,
                                                                        :

                          Defendants.            :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     For the reasons stated on the record at the conference held today, the application to strike the November 4, 2021, disclosure regarding damages (Docket # 113) is granted.

     The parties shall file the joint pretrial order required by paragraph 4.A of Judge Carter's Individual Practices on or before March 11, 2022.

     SO ORDERED.

Dated: January 11, 2022
       New York, New York

                                                                        GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge