**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIARIE, | |
| | Plaintiff, |
| -against- | |
| DUMBSTRUCK, INC. ET AL, | |
| | Defendants. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _2/23/2023_____

19-cv-00827 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court Conference, the Plaintiff is **ORDERED** to file a letter brief on the issue of whether Plaintiff is entitled to a jury trial by **March 6, 2023**. Defendants' response letter is due **March 13, 2023**. Plaintiff's reply, if any, shall be filed by **March 16, 2023**. The parties' opening letters shall not exceed 5 pages and Plaintiff's reply letter, if any, shall not exceed 3 pages.

The parties are hereby **ORDERED** to file any motions in limine, proposed jury instructions, and *voir dire* questions on **November 27, 2023**. Responses to the motions in limine are due **December 1, 2023.**

The final pretrial conference will be held on **December 6, 2023 at 11:00 a.m.** by telephone. All parties should contact the Court at **1-888-363-4749 (access code: 3768660)**. Trial will commence in this matter on **December 11, 2023**.

**SO ORDERED.**

Dated:  **February 23, 2023**
            **New York, New York**

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**