USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/13/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIARIE, <br><br> Plaintiff, <br><br> -against- <br><br> DUMBSTRUCK, INC. ET AL, <br><br> Defendants. | 19-cv-00827 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Plaintiff's letter requesting an adjournment of the scheduled trial date. ECF No. 142. The parties are hereby **ORDERED** to confer and submit a joint letter on or by **September 20, 2023** advising the Court of their availability for trial in the months of January, February, and April 2024.

**SO ORDERED.**

Dated:   September 13, 2023
              New York, New York

                                                                    **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**