USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/10/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| KIARIE, | |
|---|---|
| Plaintiff, | |
| -against- | **19-cv-00827 (ALC)** |
| DUMBSTRUCK, INC. ET AL, | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' joint letter advising the Court of their availability for trial. ECF No. 144. Plaintiff's letter motion requesting an adjournment of the scheduled trial date, ECF No. 142, is hereby **GRANTED.** Trial will commence in this matter on **January 22, 2023.** If the parties wish to make extension requests as to any other deadline set in the Court's order dated February 23, 2023, ECF No. 138, they should do so on or by **October 12, 2023.**

**SO ORDERED.**

Dated:    October 10, 2023
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**