```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-18-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KIARIE,

                             Plaintiff,

     -against-                                     19-cv-00827 (ALC)

DUMBSTRUCK, INC. ET AL,                   **ORDER**

                             Defendant.

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Telephone Final Pre-trial Conference set for January 19, 2024 and the Jury Selection & Trial set for January 22, 2024 are adjourned.

**SO ORDERED.**

Dated:     New York, New York
               January 18, 2024

                                                            _____
                                                              ANDREW L. CARTER, JR.
                                                              United States District Judge