USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIARIE,

        Plaintiff,

-against-

DUMBSTRUCK, INC., *et al.*,

        Defendants.

19-cv-000827 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court ordered the Parties to submit a Joint Status Report ("JSR") to the Court on February 20, 2024. ECF No. 165. To date, the Parties have not filed a JSR informing the Court of the pendency of this action. The parties are hereby **ORDERED** to file a JSR by **March 14, 2024.**

**SO ORDERED.**

Dated:   **March 7, 2024**
            **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**